# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr- 00295-HZ |
| v. | **INDICTMENT** |
| **PATRICK STAFFORD,** | 18 U.S.C. § 111(a),(b) |
| **Defendant.** | |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**(Assault on a Federal Officer - Felony)**
**(18 U.S.C. § 111(a))**

On or about July 27, 2020, in the District of Oregon, defendant **PATRICK STAFFORD**, did forcibly assault, impede, and interfere with Agent Victim 1 ("AV1"), a person designated as a federal officer in 18 U.S.C. § 1114, while AV1 was engaged in and on account of the performance of AV1's official duties, which acts involved physical contact with AV1.

In violation of Title 18, United States Code, Section 111(a).

//

//

//

//

## COUNT 2
### (Assault on a Federal Officer - Felony)
### (18 U.S.C. § 111(a) and (b))

On or about July 27, 2020, in the District of Oregon, defendant **PATRICK STAFFORD**, did forcibly assault, resist, impede, and interfere with Agent Victim 2 ("AV2"), a person designated as a federal officer in 18 U.S.C. § 1114, while AV2 was engaged in and on account of the performance of AV2's official duties, which acts involved physical contact with AV2, and did thereby inflict bodily injury upon AV2.

In violation of Title 18, United States Code, Section 111(a) and (b).

Dated: August ____, 2020.                    A TRUE BILL.

                                             OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney